**UNITED; STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PARCEL PENDING,<br><br>Plaintiff,<br><br>v.<br><br>RYAN JOHANIDES,<br><br>Defendant. | Case No.: SACV 21-01165-CJC(JDEx)<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

For the reasons stated in the Court's Order Granting in Substantial Part Plaintiff Parcel Pending, Inc.'s application for a temporary restraining order, (Dkt. 21), Defendant Ryan Johanides is hereby **ORDERED** to show cause on **Wednesday, August 11, 2021 at 1:30 p.m.** as to why he should not be restrained and enjoined pending trial of this action from:

(1) Not returning to Plaintiff its Microsoft Surface Pro laptop computer, its MacBook laptop computer, and any other computers, hard drives, or memory devices in Defendant's possession containing Plaintiff's confidential trade secrets (including but not limited to Plaintiff's confidential customer information, Plaintiff's confidential financial information, and nonpublic information about Plaintiff's prototypes, models, vendors, and manufacturers) and the personal data of Plaintiff's employees;

(2) Accessing, utilizing, disseminating, using, copying, transmitting or publishing any of the data, information, records, files, or emails which contain, are sourced from, or otherwise reference or exploit information concerning Plaintiff's confidential trade secrets (including but not limited to Plaintiff's confidential customer information, Plaintiff's confidential financial information, and nonpublic information about Plaintiff's prototypes, models, vendors, and manufacturers) and the personal data of Plaintiff's employees;

(3) Destroying, concealing, eliminating, or otherwise taking actions to delete or destroy Plaintiff's confidential trade secrets and the personal data of its employees that Defendant wrongfully and without authorization took from Plaintiff or can access through unauthorized means (i.e. via other employees' access credentials or passwords);

(4) Violating his confidentiality and nondisclosure agreement, Confidentiality and Proprietary Information and Network and Electronic Resources Policies, or duties of loyalty and other obligations to Plaintiff; and

(5) Destroying or otherwise disposing of materials or documents that relate to this action and were obtained by Defendant by virtue of his employment with Plaintiff.

Any response or opposition to this Order to Show Cause must be filed by Defendant no later than **Wednesday, August 4, 2021**. Plaintiff may file a reply no later than **Friday, August 6, 2021**. The hearing is scheduled for **Wednesday, August 11,**

**2021 at 1:30 p.m.** The above dates may be revised upon stipulation and approval of this Court.

Pending the hearing on this Order to Show Cause, Defendant Ryan Johanides is hereby **RESTRAINED AND ENJOINED** from:

(1) Accessing, utilizing, disseminating, using, copying, transmitting or publishing any of the data, information, records, files, or emails which contain, are sourced from, or otherwise reference or exploit information concerning Plaintiff's confidential trade secrets (including but not limited to Plaintiff's confidential customer information, Plaintiff's confidential financial information, and nonpublic information about Plaintiff's prototypes, models, vendors, and manufacturers) and the personal data of Plaintiff's employees;

(2) Destroying, concealing, eliminating, or otherwise taking actions to delete or destroy Plaintiff's confidential trade secrets and the personal data of its employees that Defendant wrongfully and without authorization took from Plaintiff or can access through unauthorized means (i.e. via other employees' access credentials or passwords);

(3) Violating his confidentiality and nondisclosure agreement, Confidentiality and Proprietary Information and Network and Electronic Resources Policies, or duties of loyalty and other obligations to Plaintiff; and

(4) Destroying or otherwise disposing of materials or documents that relate to this action and were obtained by Defendant by virtue of his employment with Plaintiff.

//
//
//

Plaintiff is **ORDERED** to serve this temporary restraining order and order to show cause on Defendant **on or before July 28, 2021**.

DATED:   July 22, 2021

*[signature]*

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE