JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| PARCEL PENDING, INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RYAN JOHANIDES,<br><br>　　　　　Defendant. | Case No.: 8:21-cv-01165-CJC-JDE<br><br>**ORDER GRANTING STIPULATION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION ORDER**<br><br>Complaint Filed: July 6, 2021 |

## **PERMANENT INJUNCTION ORDER**

The Court, having reviewed the parties' Stipulation, and good cause appearing therefore, GRANTS the requested Permanent Injunction as follows:

**IT IS ORDERED** that, to the extent that any Defendant has retained copies (electronic or otherwise) of, or has knowledge of Plaintiff's Trade Secrets and/or Confidential Information, Defendant shall not directly or indirectly utilize, disseminate, use, copy, transmit, publish, or otherwise disclose such Trade Secrets and/or Confidential Information.

**IT IS FURTHER ORDERED** that Defendant shall not attempt to destroy (unless authorized by Plaintiff to do so in writing) any of Plaintiff's Trade Secrets and/or Confidential Information;

**IT IS FURTHER ORDERED** that Defendant shall not attempt to gain access to Plaintiff's Trade Secrets and/or Confidential Information through any means, including without limitation, via any VPN, creation of additional authorized users, or use of any employee's access credentials or passwords; and

**IT IS FURTHER ORDERED** that Defendant shall not attempt to recreate, copy, clone, or conceal any of Plaintiff's Trade Secrets and/or Confidential Information that he can recall, or has in his possession, custody or control.

**IT IS FURTHER ORDERED** that Defendant shall not attempt, or cause or aid anyone else to attempt or cause, to disrupt, access or interfere with the systems or business operations of Parcel Pending or its agents and affiliates (including its attorneys), in any way.

Defendant shall not undertake, or cause anyone else to undertake, any malicious action against Plaintiff or its agents and affiliates (including its attorneys), including but not limited to, any actions designed to harass, disparage, or harm any person or entity, such as by way of a ransomware attack or posting negative statements about them on Reddit or similar forums.

**IT IS FURTHER ORDERED** that, if Defendant is held to be in violation of this Stipulated Judgment and Permanent Injunction Order, in addition to any other penalties or consequences related to such violation, Defendant will pay Plaintiff the full amount of attorney's fees and costs incurred by Plaintiff in this action, including but not limited to the $54,277.18 incurred by Plaintiff up to the date of this Order.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction over this action for purposes of implementing, enforcing and adjudicating any other dispute arising out of, or in connection with, the Settlement Agreement or this Judgment and Order.

**IT IS FURTHER ORDERED** that this is a final judgment that resolves all outstanding claims between the parties.

**IT IS SO ORDERED.** The Clerk is hereby directed to enter Judgment, pursuant to Rule 58(b)(2) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: October 21, 2021

_____
HONORABLE JUDGE OF THE
UNITED STATES DISTRICT COURT